IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 5:11-CR-65-RLV-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| DENNIS LOCKETT, ) | |
| Defendant, ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For A Bill Of Particulars And For Additional Discovery" (Document No. 15) filed February 29, 2012. To date, the Government has not responded to the motion, and the time to do has lapsed. This case is currently set for trial before Judge Voorhees on May 7, 2012.

**IT IS THEREFORE ORDERED** that the Government shall file a response to Defendant's "Motion For A Bill Of Particulars And For Additional Discovery" (Document No. 15) on or before **Tuesday**, **April 17, 2012**.

**SO ORDERED**.

Signed: April 10, 2012

David C. Keesler
United States Magistrate Judge